ALSOP *v.* THE STATE.

Monday,        APPEAL from the *Carroll* Circuit Court.
June 5.
              *Per Curiam.*—The judgment in this case is affirmed for
the reasons given in *Lichtenstein* v. *The State, ante*, p. 162.
    *J. A. Sims* and *Z. Baird*, for the plaintiff.
    *R. A. Riley*, *N. B. Taylor* and *J. Coburn*, for the state.

------

HOLLOWAY and Others *v.* THE STATE.

Monday,        ERROR to the *Tippecanoe* Court of Common Pleas.
June 5.
              *Per Curiam.*— This case was before this Court on a
former occasion, and was fully considered.    *The State* v.
*Holloway*, 8 Blackf. 45.

    The only difference between the case now and then
consists in this: that *Jenners* is now shown to have been
guilty of a neglect of duty as agent which might have
rendered him liable over to the state, and, hence, disquali-
fied, under the old law, as a witness in the case; but the
facts (the second point of difference) before proved by him
are now proved by another witness; thus placing the case
meritoriously on the same ground it stood upon before.

    The decree is affirmed, with 5 per cent. damages and
costs.

    *Z. Baird*, for the plaintiffs.
    *R. Jones*, for the state.